IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00665-BNB

MIKEAL GLENN STINE,

    Plaintiff,

v.

LT. TROTTER,
SGT. D. FLORENCE, and
SGT. MAHONEY,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 04 2009

GREGORY C. LANGHAM
CLERK

---

ORDER OF DISMISSAL

---

Plaintiff Mikeal Glenn Stine, a federal prisoner currently incarcerated at the United States Penitentiary in Florence, Colorado, initiated this action by filing a *pro se* pleading titled "Petition for Writ of Preventive and or Prohibitory Injunction." Magistrate Judge Boyd N. Boland entered an order on March 25, 2009, in which he directed the Clerk of the Court to commence a civil action and instructed Mr. Stine that he must cure the deficiencies in his pleading by filing his claims on a Court-approved form used in filing prisoner complaints. Mr. Stine also was instructed either to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 or in the alternative to pay the $350.00 filing fee. Mr. Stine was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Stine now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the action is dismissed without prejudice because Mr. Stine failed to cure the deficiencies within the time allowed.

DATED at Denver, Colorado, this _1_ day of _____May_____, 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00665-BNB

Mikeal Glenn Stine
Reg. No. 55436-098
ADX – Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 5/4/09

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk